United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.                                                                                          NO. 3:25-MJ-1240-LLL

JAMES JENKINS

---

### Clerk's Minutes

Proceeding:     Initial Appearance (VOSR- Eastern District of Tennessee)

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 5/23/2025 2:15 p.m. – 2:27 p.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for United States | Rachel Lasry, Assistant United States Attorney | Counsel for Defendant | Scott Schmidt, Esquire |
| Interpreter | None Present | Probation | Jewel Butler |

Court requested presence of counsel for possible appointment. Scott Schmidt is present.

Defendant arrested today on a Petition for Warrant or Summons for Offender Under Supervision out of the Eastern District of Tennessee.

Defendant advised of rights and alleged violations.

Defendant seeks court appointed counsel. Defendant placed under oath and questioned regarding financial condition. Court will appoint the Office of the Federal Defender.

**Order to enter**.

Defendant advised of his right to identity, preliminary, and detention hearings.

**[Continued to Page Two]**

United States v. Jenkins
No.: 3:25-mj-1240-LLL
Page Two

_____

Defense counsel advised the Court that the defendant desires to waive his identity, detention, and preliminary hearings.

Defendant placed under oath and questioned regarding waiving such rights.

The Court finds that defendant knowingly, intelligently, voluntarily, and freely waived his right to identity hearing, detention, and preliminary hearings.

**Order to enter.**

Defendant is detained and shall be transported to the Eastern District of Tennessee.

**Order of Commitment to enter.**

Future hearings to be set by Magistrate Judge and/or District Judge in charging district.

**Filed in Open Court:**
    **Waiver of Rule 32.1 Hearing**